IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:12cr104-MHT |
| STEVEN P. MOCK and | ) | (WO) |
| FRANK J. TEERS | ) | |

ORDER

Upon consideration of the recommendation of the United States Magistrate Judge (Doc. No. 104) and the objections filed by defendants Steven P. Mock and Frank J. Teers; and after an independent and de novo review of the record, including the transcript of the hearing before the magistrate judge, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) That defendants Steven P. Mock and Frank J. Teers's objections (Doc. Nos. 105 and 112) are overruled;

(2) That the recommendation of the United States Magistrate Judge (Doc. No. 104) is adopted; and

(3) That defendants Mock and Teers's motions to dismiss (Doc. Nos. 47 and 62) are denied without prejudice to any multiplicity issues that may arise at sentencing.

***

The court adds the following comment: Should a defendant be convicted and should the counts of conviction still create a multiplicity issue, the defendant should bring the issue to the attention of the court at sentencing.

DONE, this the 23rd day of April, 2013.

                                       /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE