IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:12cr104-MHT |
| FRANK J. TEERS | ) | (WO) |

### ORDER

Upon consideration of the recommendation of the United States Magistrate Judge (Doc. No. 155) and the objections filed by defendant Frank J. Teers; and after an independent and de novo review of the record, including the transcript of the hearing before the magistrate judge, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) That defendant Frank J. Teers's objection (Doc. No. 158) is overruled;

(2) That the recommendation of the United States Magistrate Judge (Doc. No. 155) is adopted; and

(3) That defendant Teers's motion to dismiss (Doc. No. 143) is denied.

***

In his report and recommendation, the United States Magistrate Judge included a sample special verdict form that he suggested would address defendant Teers's concerns regarding venue issues. In adopting the recommendation of the Magistrate Judge today, the court expresses no judgment on the sample verdict form. The court will consider an appropriate verdict form at a later time, after briefing from all parties.

DONE, this the 23rd of April, 2013.


　　　　　/s/ Myron H. Thompson　
　　　　UNITED STATES DISTRICT JUDGE