IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:12cr104-MHT |
| FRANK J. TEERS | ) | (WO) |

ORDER

Upon consideration of the recommendation of the United States Magistrate Judge (Doc. No. 114) and the objection filed by defendant Frank J. Teers; and after an independent and de novo review of the record, including the transcript of the hearing before the magistrate judge, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) That defendant Frank J. Teers's objection (Doc. No. 125) is overruled;

(2) That the recommendation of the United States Magistrate Judge (Doc. No. 114) is adopted; and

(3) That defendant Teers's motion to suppress (Doc. No. 49) is denied without prejudice to evidence-admissibility issues that may become apparent at trial.

DONE, this the 23rd day of April, 2013.

                                                   /s/ Myron H. Thompson  
                                               **UNITED STATES DISTRICT JUDGE**