IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:12cr104-MHT |
| STEVEN P. MOCK | ) | (WO) |

ORDER

Defendant Steven P. Mock moved this court to suppress various communications falling into three categories: (1) statements that were made in depositions and a civil trial involving facts related to the present criminal prosecution, (2) statements made to interviewing Internal Revenue Service agents, and (3) statements made in letters to various banks. The United States Magistrate Judge recommended denying the motion insofar as it addressed the second and third categories of communications. The court today adopts the magistrate judge's recommendation in that regard and overrules the objections that have been filed. As for the first category of communications, the court reserves a ruling.

***

Accordingly, it is ORDERED that:

(1) That defendant Steven P. Mock's objection (Doc. No. 111) is overruled insofar as it relates to communications made to federal agents and lending institutions. To the extent that the objection relates to defendant Mock's testimony in the depositions and civil trial, the court reserves a ruling.

(2) That the recommendation of the United States Magistrate Judge (Doc. No. 103) is adopted insofar as it relates to communications made to federal agents and lending institutions. To the extent that the recommendation relates to defendant Mock's testimony in the depositions and civil trial, the court reserves a ruling.

(3) That defendant Mock's motion to suppress (Doc. No. 64) is denied insofar as it relates to communications made to federal agents and lending institutions. To the extent that the motion relates to defendant Mock's

testimony in the depositions and civil trial, the court reserves a ruling.

DONE, this the 23rd day of April, 2013.

                               /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE