IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:12-cr-104-MHT |
| PAUL HULSE, SR., | ) | (WO) |
| STEVEN P. MOCK, and | ) | |
| FRANK J. TEERS | ) | |

ORDER

It is ORDERED that defendants Paul Hulse, Sr., Steven P. Mock, and Frank J. Teers's motion for additional questions for juror questionnaires (doc. no. 171) is granted to the extent reflected in the court's questionnaire.

DONE, this the 23rd day of April, 2013.

                                              /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE