IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:12cr104-MHT |
| STEVEN P. MOCK | ) | (WO) |

ORDER

It is ORDERED that:

(1) The motion to extend (doc. no. 287) is granted.

(2) The motion for judgment of acquittal and alternative motion for new trial (doc. no. 279) are reset for submission, without oral argument, on September 16, 2013, with defendant Steven P. Mock's brief due by September 3, 2013, with the government's brief due by September 10, 2013, and any reply to the opposition due by September 16, 2013.

DONE, this the 10th day of July, 2013.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE