IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:12cr104-MHT |
| PAUL HULSE, SR., | ) | (WO) |
| STEVEN P. MOCK, and | ) | |
| FRANK J. TEERS | ) | |

## ORDER

Based on the representations made on the record on July 9, 2013, it is ORDERED as follows:

(1) The Probation Department's motion to continue (doc. no. 286) is granted.

(2) Sentencing for defendants Paul Hulse, Sr., Steven P. Mock, and Frank J. Teers, now set for August 21, 2013, is continued to October 9, 2013, at 10:00 a.m., in the Frank M. Johnson Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

DONE, this the 10th day of July, 2013.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**